UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-3568-CAS (FFMx) | | Date | March 20, 2009 |
|---|---|---|---|---|
| Title | *UNITED STATES OF AMERICA V. OCEAN WEST ENTERPRISES, INC.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) - ORDER TO SHOW CAUSE

On November 3, 2008, the Court issued and Order to Show Cause. On November 17, 2008, the Government filed an opposition to the Order to Show Cause and accepted the Government's response as filed. To date, no other activity has occurred.

IT IS HEREBY ORDERED that **PLAINTIFF** show cause in writing not later than **April 6, 2009** why this action should not be dismissed for lack of prosecution **as to defendant OCEAN WEST ENTERPRISES, INC. dba OCEAN WEST FUNDING**.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendant Ocean West Enterprises, Inc. dba OCEAN WEST FUNDING.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |